

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,012-02

**EX PARTE DOUGLAS WAYNE HEFNER, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CVHC-17-0200049 IN THE 198TH DISTRICT COURT FROM BANDERA COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of possession with intent to deliver a controlled substance and sentenced to imprisonment for fifteen years.

On November 27, 2018, an order designating issues was signed by the trial court. The habeas record has been forwarded to this Court prematurely. We remand this application to the 198th District Court of Bandera County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: January 30, 2019
Do not publish